■ In the Matter of DONALD E. DE GROAT, Appellant, v. RUSSELL G. OSWALD et al., Constituting the State Board of Parole, Respondents.— MEMORANDUM BY THE COURT. Judgment affirmed on the authority of *Matter of Hines*

v. *State Bd. of Parole* (293 N. Y. 254). Moreover, the same question was presented to us in April, 1964 (*Matter of De Groat* v. *Oswald*, 20 A D 2d 969, mot. for lv. to app. den. 14 N Y 2d 486). Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.